## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                       )

**JANET L. SNYDER,** *et al.*,         )

                                       )

     **Plaintiffs,**               )

                                       )

       **v.**                  )     **Civil Action No. 15-0568 (ESH)**

                                       )

**JULIAN CASTRO, in his capacity as**   )
**SECRETARY OF THE UNITED STATES**   )
**DEPARTMENT OF HOUSING AND URBAN**   )
**DEVELOPMENT,**                   )

                                       )

     **Defendant.**               )
_____ )

## ORDER

On June 12, 2015, defendant filed a motion pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss plaintiff's complaint as moot. (Def.'s Mot. To Dismiss For Mootness, June 12, 2015 [ECF No. 18].) Plaintiffs' response to this motion was due on or before June 29, 2015, but plaintiffs have neither responded nor sought an extension of time in which to respond. The Local Rules for this Court provide that if a party fails to file an opposition to a motion "within the prescribed time, the Court may treat the motion as conceded." LCvR 7(b); *see Fox v. Am. Airlines, Inc.*, 389 F.3d 1291, 1295 (D.C. Cir. 2004) ("[W]here the district court relies on the absence of a response as a basis for treating the motion as conceded, we honor its enforcement of the rule." (quoting *Twelve John Does v. District of Columbia*, 117 F.3d 571, 577 (D.C. Cir.1997))). Accordingly, it is hereby

**ORDERED** that defendant's Motion to Dismiss [ECF No. 18] is **GRANTED** as conceded; and it is further

**ORDERED** that the above-captioned matter is **DISMISSED**.

/s/     *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   July 8, 2015